## E. Knudsen, Defendant in Error, v. Harry Helmick, Plaintiff in Error.

## Gen. No. 22,160.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John Court-
ney, Judge, presiding. Heard in the Branch Appellate Court at
the March term, 1916. Affirmed. Opinion filed June 27, 1917.

### Statement of the Case.

Action by E. Knudsen, plaintiff, against Harry Hel-
mick, defendant, to recover money collected and with-
held. To reverse a judgment for plaintiff for $111.71,
defendant prosecutes this writ of error.

A. W. Martin and Edward H. S. Martin, for plain-
tiff in error.

George W. Brown, for defendant in error.

Mr. Justice Taylor delivered the opinion of the
court.

### Abstract of the Decision.

1. Municipal Court of Chicago, § 13*—*when statement of claim
is sufficient.* In an action in the Municipal Court of Chicago to
recover money collected by the defendant and withheld from plain-
tiff, a statement of claim which informs defendant that it is for
rent for specified months, amounting to a specified sum, that it is
for rents collected and wrongfully collected after the title to the
property had been conveyed to plaintiff, sufficiently informs defend-
ant of the nature of plaintiff's claim.

2. Municipal Court of Chicago, § 28*—*when objection to state-
ment of claim may not be raised.* Objection to the sufficiency of
the statement of claim in an action in the Municipal Court of Chi-
cago cannot first be raised on appeal.

3. Principal and agent, § 167*—*when agent collecting rents is
liable to third person.* An agent to collect rents to whom notice

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

is given, by notifying him through the person in charge of his office and conducting his business, that the property has been sold by his principal, cannot collect rents from the premises without being liable to such purchaser.

---

Frank M. Prindle, trading as Frank M. Prindle & Company, Defendant in Error, v. Arthur E. Sander, trading as Sander, Guernsey & Company, Plaintiff in Error.

Gen. No. 22,204. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed June 27, 1917.

## Statement of the Case.

Action by Frank M. Prindle, trading as Frank M. Prindle & Company, plaintiff, against Arthur E. Sander, trading as Sander, Guernsey & Company, defendant, for the purchase price of goods sold and delivered. To reverse a judgment for plaintiff for $812.93, defendant prosecutes this writ of error.

ADAMS, CREWS, BOBB & WESCOTT and GILBERT T. GRAHAM, for plaintiff in error.

SILBER, ISAACS, SILBER & WOLEY, for defendant in error; JAMES D. WOLEY and JAY C. LYTLE, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.